## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KAREN SCHIEFLER,
an individual,

      Plaintiff,

v.

Case No.: 8:23-cv-00136-CEH-AAS

TRANS UNION LLC,
a foreign limited liability company,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff and Defendant, TRANS UNION, LLC, have reached a settlement in principle in this action.  Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2023, I filed a true and correct copy of the above and foregoing via CM/ECF which will electronically serve all counsel of record.

Respectfully submitted,

**SWIFT LAW PLLC**

/s/ *Aaron M. Swift*
**Aaron M. Swift, Esq., FBN 0093088**
Jordan T. Isringhaus, Esq., FBN 0091487

1

Sean E. McEleney, Esq., FBN 125561
8380 Bay Pines Blvd.
St. Petersburg, FL 33709
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
smceleney@swift-law.com
jmurphy@swift-law.com
*Co-Counsel for Plaintiff*

*~and~*

**THE HUBBARD LAW FIRM, PLLC**
**James R. Hubbard, Esq., FBN 121405**
120 E Pine Street, Suite 7
Lakeland, FL 33801
Phone: (863) 617-5206
lawofficeofjameshubbard@gmail.com
*Co-Counsel for Plaintiff*