UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN SCHIEFLER,

    Plaintiff,

v.                          Case No: 8:23-cv-136-CEH-AAS

TRANS UNION LLC,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant Trans Union LLC (Doc. 13). In accord with the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant Trans Union LLC, it is **ORDERED**:

    1)    This cause is dismissed, with prejudice.

    2)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on March 27, 2023.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record